IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZEHY JEREIS,** | : | |
| Petitioner | : | CIVIL NO. 1:15-CV-02158 |
| vs. | : | |
| **WARDEN LEWISBURG SATELLITE CAMP** | : | (Judge Rambo) |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. Jereis' petition (Doc. 1) for writ of habeas corpus is **DENIED.**

    2. The Clerk of Court is directed to **CLOSE** this case.

                   s/Sylvia H. Rambo
                    SYLVIA H. RAMBO
                    United States District Judge

Date: March 2, 2017